■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CEASAR TINEO, Respondent. [887 NYS2d 924]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Micki Scherer, J.), rendered on or about April 5, 2007, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Buckley, Catterson, Acosta and Freedman, JJ.

■ NICOLE TAUSEND, as a Limited Partner of N.J.R. ASSOCIATES, Appellant, v N.J.R. ASSOCIATES et al., Respondents. [886 NYS2d 884]—Judgment, Supreme Court, New York County (Ira Gammerman, J.H.O.), entered April 30, 2009, dismissing the petition to stay arbitration, unanimously affirmed, with costs.

The court correctly granted respondents' motion to dismiss the petition to stay arbitration. There is insufficient evidence of record to substantiate petitioner's claim that she was induced by fraud to enter into the arbitration agreement, and it has not been shown that the entire partnership agreement was permeated by fraud so as to invalidate the arbitration provision (see Matter of Weinrott [Carp], 32 NY2d 190, 197 [1973]). Concur—Sweeny, J.P., Buckley, Catterson, Acosta and Freedman, JJ.